# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2623

_____

United States of America

Plaintiff - Appellee

v.

Tyler Christian Hammond

Defendant - Appellant

------

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cr-00177-SHL-1)

------

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 08, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans